UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | | |
|---|---|---|
| JOYLIN SPICER & JOSEPH SPICER | ) ) | CASE NO. 09-CV01246-OWW-GSA  ORDER OF DISMISSAL |
| PLAINTIFF | ) | WITH PREJUDICE |
| | ) | |
| VS | ) | |
| | ) | |
| CALIFORNIA BUSINESS BUREAU, INC | ) ) | |
| DEFENDANT | ) | |

Stipulation having been filed by the parties, the Court orders that this case is Dismissed With Prejudice, and each side is to bear their own attorneys and costs .

IT IS SO ORDERED.

**Dated:   May 24, 2010**              /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE